**Order filed February 13, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01133-CV
_____

## MARHABA PARTNERS LIMITED PARTNERSHIP, Appellant

## V.

## KINDRON HOLDINGS, LLC, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2012-52650**

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 190th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On December 30, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal **within 30** days of the date of this order**.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.


PER CURIAM